# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
* * *

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | Case No. 3:25-CV-00476-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME TO SERVE THE COMPLAINT UNDER FED. R. CIV. P. 4(m)**<br><br>[ECF No. 15] |

Pending before the Court is Plaintiff's motion for a 60-day extension to serve Defendant with the summons and complaint. (ECF No. 15.) Plaintiff argues it would be a waste of resources to commence this litigation while the parties have an appeal pending before the Federal Circuit which, depending on how it is resolved, could be dispositive of the instant suit. (*Id.* at 3-4.)

For good cause appearing, Plaintiff's motion to extend time to serve Defendant with the complaint and summons, (ECF No. 15), is **GRANTED**. Plaintiff shall file proof of service on or before **January 26, 2026**.

**IT IS SO ORDERED**.

DATED: November 24, 2025.

_____
**UNITED STATES MAGISTRATE JUDGE**