MICHAEL A. BURKE, ESQ. (SBN 11527)
ROBISON, SHARP, SULLIVAN & BRUST
71 Washington Street
Reno, Nevada, 89503
Tele:  (775) 329-3151
Email: mburke@rbsllaw.com

Michael DeVincenzo, Esq. (to be admitted *pro hac vice*)
KING & WOOD MALLESONS LLP
500 Fifth Ave., 50TH Floor
New York, New York 10110
Telephone: (212) 319-4755
Email: michael.devincenzo@us.kwm.com

*Attorneys for Plaintiff Applications in Internet Time, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>            Plaintiff,<br><br>       v.<br><br>SALESFORCE, INC.,<br><br>            Defendant. | Civil Action No.: 3:25-cv-00476-MMD-CLB<br><br>**NOTICE OF CHANGE OF FIRM NAME AND ADDRESS** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that counsel for Applications in Internet Time, LLC, ("AIT") Michael A. Burke Esq., previously with the law firm of Robison, Sharp, Sullivan & Brust is no longer with that firm and has joined SBW Law Group. Michael Burke, Esq. will remain as counsel for AIT upon joining the law firm of SBW Law Group.  As such, counsel submits the instant notice of change of firm, address, telephone number, facsimile number and email address beginning January 1, 2026.  Please update your file with the following information:

Michael A. Burke, Esq.
**SBW LAW GROUP**
3600 Mayberry Dr.
Reno, NV 89509
Telephone: (775) 299-4051
Direct: (775) 236-2376
Email:  mburke@sbwlawgroup.com

/ / /

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151

1    DATED:  This 30th day of December, 2025.

2                                        ROBISON, SHARP, SULLIVAN & BRUST
                                         71 Washington Street
3                                        Reno, Nevada 89503

4                                        */s/ Michael A. Burke, Esq.*
                                         MICHAEL A. BURKE, ESQ.
5                                        *Attorneys for Plaintiff Applications in Internet*
                                         *Time, LLC*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Robison, Sharp,
Sullivan & Brust
71 Washington St.
Reno, NV 89503
(775) 329-3151