Michael A. Burke, NV Bar #11527
SBW LAW GROUP
3600 Mayberry Dr.
Reno, NV 89509
Telephone: (775) 299-4051
Email: mburke@sbwlawgroup.com

Michael DeVincenzo (pro hac vice)
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (917) 345-5431
Email:
mdevincenzo@hechtpartners.com

*Attorneys for Plaintiff Applications in Internet Time, LLC*

Leigh Goddard, NV Bar #6315
Phillip Mannelly, NV Bar #14236
MCDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

Kevin Johnson (*pro hac vice* forthcoming)
Ray Zado (*pro hac vice* forthcoming)
Sam Stake (*pro hac vice* forthcoming)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br><br>Defendant. | Case No.: 3:25-CV-00476-MMD-CLB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT (First Request)** |

Plaintiff Applications in Internet Time, LLC ("AIT"), and Defendant Salesforce, Inc. ("Salesforce"), by and through their counsel of record, hereby stipulate and agree that Salesforce shall have up to and including November 13, 2026, within which to file an answer or otherwise respond to the Complaint (ECF No. 2).

| Event | Current Deadline | New Deadline |
|---|---|---|
| Defendant Salesforce to file an answer or otherwise respond to the Complaint (ECF No. 2) | October 23, 2026 | November 13, 2026 |

Salesforce was served on October 2, 2026. The requested extension will allow Salesforce's counsel to evaluate the Complaint and prepare a response. This request is being made in good faith and not for purposes of delay. This is the first stipulation for extension of time in the above-captioned case.

DATED: October 21, 2026

By: */s/ Michael DeVincenzo*
Michael A. Burke, NV Bar #11527
SBW LAW GROUP
3600 Mayberry Dr.
Reno, NV 89509
Telephone: (775) 299-4051
Email: mburke@sbwlawgroup.com

Michael DeVincenzo (pro hac vice)
Hecht Partners LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (917) 345-5431
Email: mdevincenzo@hechtpartners.com

*Attorneys for Plaintiff Applications in Internet Time, LLC*

DATED: October 21, 2026

By: */s/ Leigh Goddard*
Leigh Goddard, NV Bar #6315
Philip Mannelly, NV Bar #14236
MCDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Email: lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

Kevin Johnson (*pro hac vice* forthcoming)
Ray Zado (*pro hac vice* forthcoming)
Sam Stake (*pro hac vice* forthcoming)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE

______________________________

DATED: ______________________

McDONALD CARANO
100 WEST LIBERTY STREET, TENTH FLOOR • RENO, NEVADA 89501
PHONE 775.788.2000 • FAX 775.788.2020