Michael A. Burke, Esq. NV Bar #11527
SBW LAW GROUP
3600 Mayberry Dr.
Reno, NV 89509
Telephone: (775) 299-4051
Email: mburke@sbwlawgroup.com

Michael DeVincenzo (*pro hac vice*)
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (917) 345-5431
Email: mdevincenzo@hechtpartners.com

*Attorneys for Plaintiff Applications in Internet Time, LLC*

Leigh Goddard, NV Bar #6315
Philip Mannelly, NV Bar #14236
MCDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com
pmannelly@mcdonaldcarano.com

Kevin Johnson (*pro hac vice* forthcoming)
Ray Zado (*pro hac vice* forthcoming)
Sam Stake (*pro hac vice* forthcoming)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| APPLICATIONS IN INTERNET TIME, LLC,<br>Plaintiff,<br><br>v.<br><br>SALESFORCE, INC.,<br>Defendant. | No. 3:25-CV-00476-MMD-CLB<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION AND REPLY BRIEFS (First Request)** |

Pursuant to Local Rule IA 6-1, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend the deadlines for Plaintiff Applications in Internet Time, LLC ("AIT") and Defendant Salesforce, Inc. ("Salesforce") to file their respective opposition and reply briefs relating to Salesforce's Motion to Dismiss the Complaint (ECF No. 32) by one week, as follows:

| **Event** | **Current Deadline** | **New Deadline** |
|---|---|---|
| AIT to file its brief in opposition in accordance with LR 7-2(b) | November 17, 2026 | November 24, 2026 |
| Salesforce to file its reply brief in accordance with LR 7-2(b) | November 24, 2026 | December 8, 2026 |

This is the first stipulation for extension of time to file opposition and reply briefs.

**Reasons for Request for Extension:** The parties agree that additional time is warranted to ensure that the issues are adequately presented to the Court. Lead counsel for AIT, Mr. DeVincenzo, will appear at oral argument in an unrelated matter[1] on November 18, 2026. In addition, the Thanksgiving holiday will limit counsel's availability during the week of November 23, 2026.

DATED: November 13, 2026

By: */s/ Michael DeVincenzo*

DATED: November 13, 2026

By: */s/ Leigh Goddard*

[1] *See* Order, *NetLens Technologies Inc. v. Microsoft Corporation*, No. 1:26-cv-00215 (W.D. Tex. Oct. 16, 2026) (ECF No. 39).

Michael A. Burke, Esq. NV Bar #11527
SBW LAW GROUP
3600 Mayberry Dr.
Reno, NV 89509
Telephone: (775) 299-4051
Email: mburke@sbwlawgroup.com

Michael DeVincenzo (pro hac vice)
HECHT PARTNERS LLP
125 Park Avenue, 25th Floor
New York, NY 10017
Telephone: (917) 345-5431
Email: mdevincenzo@hechtpartners.com

*Attorneys for Plaintiff Applications in Internet Time, LLC*

Leigh Goddard, NV Bar #6315
Philip Mannelly, NV Bar #14236
MCDONALD CARANO LLP
100 West Liberty Street, Tenth Floor
Reno, NV 89501
Telephone: (775) 788-2000
Facsimile: (775) 788-2020
Email: lgoddard@mcdonaldcarano.com

Kevin Johnson (*pro hac vice* forthcoming)
Ray Zado (*pro hac vice* forthcoming)
Sam Stake (*pro hac vice* forthcoming)
Quinn Emanuel Urquhart & Sullivan, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100
Email: kevinjohnson@quinnemanuel.com
rayzado@quinnemanuel.com
samstake@quinnemanuel.com

*Attorneys for Defendant Salesforce, Inc.*

IT IS HEREBY ORDERED that Plaintiff Applications in Internet Time, LLC shall have until November 24, 2026 to file its opposition brief and that Defendant Salesforce, Inc. shall have until December 8, 2026 to file its reply in support of its Motion to Dismiss the Complaint (ECF No. 32).

IT IS SO ORDERED:

DATED: November 13, 2026

______________________________
UNITED STATES DISTRICT JUDGE