# Exhibit C

**QUITCLAIM ASSIGNMENT**

THIS QUITCLAIM ASSIGNMENT, executed this 25th day of April, 2025, is made by:

ASSIGNOR: Beverly G. Nelson, a resident of Half Moon Bay, California;

to:

ASSIGNEE: Applications in Internet Time, LLC ("AIT"), a Nevada limited liability company, whose address is 200 South Virginia Street, Suite 840, Reno, Nevada 89501.

WHEREAS, on September 13, 2012, Alternative Systems, Inc. ("ASI") with my approval and consent assigned all right, title and interest to the below identified United States Patents and Patent Applications to AIT;

WHEREAS, I have ratified and agreed to be bound by the September 13, 2012 Assignment from ASI to AIT, and to the extent permitted by law, such ratification is and shall be effective as of September 13, 2012, and otherwise is and shall be effective as of the earliest possible date permissible;

WHEREAS, I do not believe I have any right, title and interest to the below identified United States Patents and Patent Applications;

WHEREAS, consistent with my ratification, approval and consent with respect to the September 13, 2012 assignment from ASI to AIT, to the extent I have any right, title, or interest in the below identified United States Patents and Patent Applications I wish to ensure that AIT has all such rights as was my intent since the execution of that assignment;

NOW THEREFORE, for good and valuable consideration, the receipt of which is hereby acknowledged, I, as ASSIGNOR, do hereby assign, remise, release and quitclaim unto ASSIGNEE, its successors, legal representatives and assigns, any right, title, and interest I may have in the following United States Patent Application Numbers:

09/215,898, filed Dec. 18, 1998, now U.S. Patent No. 6,341,287;
09/797,488, filed Mar. 1, 2001, now U.S. Patent No. 7,356,482;
12/912,375, filed Oct. 26, 2010, now U.S. Patent No. 8,484,111;
13/909,482, filed June 4, 2013, now U.S. Patent No. 9,286,612;
14/932,728, filed Nov. 4, 2015, now U.S. Patent No. 9,542,686;
15/368,160, filed Dec. 2, 2016, now U.S. Patent No. 10,616,286;

and to all divisional applications, continuation applications, continuation-in-part applications, reissue applications, reexaminations, counterparts, and all other patent applications thereof that have been or shall be filed in the United States and all foreign countries.

I DO HEREBY authorize and request, to the extent of any right I may have to do so, the Commissioner of Patents in the United States, and any official of any country foreign to



4|25|2025

the United States, whose duty it is to issue patents on the patent applications as aforesaid, to issue all patents to the ASSIGNEE, its successors, legal representatives and assigns, in accordance with this QUITCLAIM ASSIGNMENT.

AND I DO HEREBY sell, assign, transfer, and convey to ASSIGNEE, its successors, legal representatives and assigns, any claims for damages and all remedies arising out of any violation of the rights assigned hereby that I may have accrued prior to the date of assignment to ASSIGNEE, or may accrue hereafter, including, but not limited to, the right to sue for, collect, and retain damages for past infringement of the aforesaid patents and patent applications.

IN TESTIMONY WHEREOF, I hereunto set my hand and seal as of the day and year first above written.

Beverly G. Nelson

4/25/2025